Case 4:18-cv-01634   Document 25   Filed on 02/26/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAIME ROJAS, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | No. 4:18-cv-01634 |
| v. | § § | |
| SLDL, LLC d/b/a MID-CO FIELD SERVICES, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Motion of Plaintiffs (collectively "Plaintiffs"), and Defendant SLDL, LLC d/b/a Mid-Co Field Services, LLC for Approval of Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion"). The Court finds the Joint Motion is well taken and should be and hereby is granted in all respects.

The Court approves the settlement which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. The Court hereby grants the Joint Motion and orders that this case is dismissed with prejudice, all claims of Plaintiffs are dismissed with prejudice, and each party will bear their own

costs and attorneys' fees in conformance with the settlement and the foregoing Stipulation of Dismissal with Prejudice of Plaintiffs and Defendant.

Signed on this **26th** day of **February**, 2019

_____
Honorable Sim Lake
United States District Judge